822

Colonel W. W. HICKS, Coast Artillery, Commanding Officer of Fort MacArthur, California, et al., Appellants, v. ASIT RANJAN GHOSH and Swami Prabhavananda, Appellees.

No. 11031.

Circuit Court of Appeals, Ninth Circuit.

April 10, 1945.

Charles H. Carr, U. S. Atty., and James M. Carter and Arthur Livingston, Asst. U. S. Attys., all of Los Angeles, Cal., for appellants.

A. L. Wirin and J. B. Tietz, both of Los Angeles, Cal., for appellees.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal in above cause be dismissed, that a decree of dismissal be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.

H. C. JONES, Collector of Internal Revenue, v. A. K. DAWSON.

No. 3048.

Circuit Court of Appeals, Tenth Circuit.

April 23, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Charles E. Dierker, U. S. Atty., of Oklahoma City, Okl., for appellant.

Charles H. Garnett, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Reversed and remanded per stipulation, on authority of Jones, Collector of Internal Revenue, v. Dawson, 10 Cir., 148 F.2d 87.

Morris A. KATZ, Appellant, v. UNITED STATES of America, Appellee.

No. 11011.

Circuit Court of Appeals, Ninth Circuit.

April 10, 1945.

Leo V. Silverstein, of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., and V. P. Lucas, Asst. U. S. Atty., both of Los Angeles, Cal., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties and by direction of the court, it is ordered that the appeal in above cause be dismissed, that a judgment of dismissal be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.